UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TIFFANY MURRAY, | |
| Plaintiff, | 2:12-cv-936-GMN-RJJ |
| vs. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, etc., *et al.*, | O R D E R |
| Defendant, | |

IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on December 28, 2012.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

1. Shall identify the discovery that has been completed;

2. Shall identify the discovery that remains outstanding;

3. Shall identify any pending discovery motions; and,

4. Shall detail all attempts to settle the case.

DATED this  14th  day of November, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge