UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TIFFANY MURRAY,<br><br>   Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, etc., *et al*.,<br><br>   Defendant, | 2:12-cv-936-GMN-RJJ<br><br><br><br>O R D E R |

  IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on December 28, 2012.

  IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

  1. Shall identify the discovery that has been completed;

  2. Shall identify the discovery that remains outstanding;

  3. Shall identify any pending discovery motions; and,

  4. Shall detail all attempts to settle the case.

DATED this __14th__ day of November, 2012.

                _____
                ROBERT J. JOHNSTON
                United States Magistrate Judge